UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER BRADBURY,<br><br>        Defendant. | 2:18-po-00295-CKD<br><br>ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE: January 7, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-po-00295-CKD without prejudice is GRANTED.

It is further ordered that the bench trial scheduled January 7, 2019, at 9:00 a.m. is vacated.

SO ORDERED.

Dated: November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE